In the Matter of BROOKE S.B., Respondent, v ELIZABETH A.C.-C., Respondent. R. THOMAS RANKIN, Attorney for the Child, Appellant.

Submitted May 2, 2016; decided May 5, 2016

Motion by Sanctuary for Families et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge FAHEY taking no part.

In the Matter of BROOKE S.B., Respondent, v ELIZABETH A.C.-C., Respondent. R. THOMAS RANKIN, Attorney for the Child, Appellant.

Submitted May 2, 2016; decided May 5, 2016

Motion by Lawyers for Children et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge FAHEY taking no part.

THE BURLINGTON INSURANCE COMPANY, Appellant, v NYC TRANSIT AUTHORITY et al., Respondents.

Submitted January 25, 2016; decided May 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.